# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MEDIOSTREAM, INC., a California Corporation, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-CV-376-CE |
| ACER AMERICA CORPORATION, APPLE COMPUTER, INC., DELL, INC., and GATEWAY, INC., | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| MEDIOSTREAM, INC., a California Corporation, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 2:08-CV-369-DF |
| MICROSOFT CORPORATION, a Washington Corporation, | § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

## ORDER CONSOLIDATING CASES

The Court, having considered the Agreed Motion to Consolidate, hereby ORDERS that the *MedioStream v. Acer America Corporation, et al.*, Civil Action No. 2:07-cv-376-CE is consolidated with *MedioStream v. Microsoft Corporation*, Civil Action No. 2:08-cv-369-CE. The action will proceed under Civil Action No. 2:08-CV-369.

1

SIGNED this 26th day of February, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE