# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br>   Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>   Defendant. | Case No. 2:08-cv-369 (CE) |
| MEDIOSTREAM, INC., <br><br>   Plaintiff, <br><br> v. <br><br> ACER AMERICA CORPORATION, APPLE INC.; ASUS COMPUTER INTERNATIONAL, INC.; CYBERLINK INC.; DELL INC.; GATEWAY, INC.; NERO INC.; NERO AG; SONIC SOLUTIONS; SONY ELECTRONICS INC.; SONY CORP.; SONY COMPUTER ENTERTAINMENT; SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br>   Defendants. | Case No. 2:07-CV-376 (CE) <br><br> **JURY TRIAL DEMANDED** <br><br> (Consolidated) |

## SUPPLEMENT OF DEFENDANT DELL INC. TO THE PENDING MOTION FOR RECONSIDERATION OF ORDER DENYING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Dell Inc. files this supplement to the pending Motion for Reconsideration of Order Denying Transfer to the Northern District of California (Docket No. 153) to identify to the Court that Dell has acquired Perot Systems Corporation ("Perot") and that Perot has a place of business in Collin County, which is in the Eastern District of Texas. Dell submits that Mediostream's allegations of infringement do not implicate Perot, and Dell is not aware of any Perot witnesses or documents that would be relevant to this lawsuit.

HOU03:1238339

Date:  April 30, 2010

Respectfully submitted,

/s/  *Roger Fulghum*
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
Joshua Parker
Texas State Bar No. 24056092
Christopher Ponder
Texas State Bar No. 24065916
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769
E-mail:  scott.partridge@bakerbotts.com
E-mail:  roger.fulghum@bakerbotts.com
E-mail:  josh.parker@bakerbotts.com
E-mail:  chris.ponder@bakerbotts.com

Michael C. Smith
Texas State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith, LLP
713 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620
E-mail:  michaelsmith@siebman.com

ATTORNEYS FOR DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing document was filed electronically on April 30, 2010 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

                            By:    /s/  *Roger Fulghum*
                                      Roger Fulghum