# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

FILED-CLERK

2010 MAY 27  AM 11: 00

TX EASTERN-MARSHALL

MISC. NO. 942 – IN RE ACER AMERICA

BY_____

**Date of docketing:** 05/24/2010

A petition for writ of mandamus has been filed.

**Name of petitioner(s):** ASUS Computer International, Acer America Corporation, Apple Inc., CyberLink.com Corporation, Dell Inc., Gateway, Inc., Microsoft Corporation, Nero AG, Nero, Inc., Sonic Solutions, Sony Corporation and Sony Electronics Inc.

**Name of respondent(s), if known:** MedioStream, Inc

**Related action:** Eastern District of Texas 08-CV-0369

**Critical dates include:**
- Entry of appearance  See Fed. Cir R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.

Jan Horbaly
Clerk

cc: Eastern District of Texas
    Richard S. Gresalfi
    Scott F. Partridge
    George F. Pappas
    Byron W. Cooper
    Roderick M. Thompson
    Mark C. Scarsi
    M. Craig Tyler
    Joshua M. Masur
    Elaine Y. Chow

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 942

IN RE ACER AMERICA CORPORATION, CYBERLINK.COM CORPORATION, GATEWAY, INC., APPLE INC., ASUS COMPUTER INTERNATIONAL, DELL INC., MICROSOFT CORPORATION, NERO AG, NERO, INC., SONIC SOLUTIONS, SONY CORPORATION, and SONY ELECTRONICS INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0369 and 07-CV-0376, Magistrate Judge Charles Everingham.

Authorized Abbreviated Caption[2]

IN RE ACER AMERICA, MISC. NO. 942

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a)
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.